UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GIOVANI M. BRITO-GUTIERREZ,

          Plaintiff,

vs.

CASE NO.: 8:06-CV-01753-T-30EAJ

CITY OF TAMPA, a State of Florida
Municipal Corporation, and OFFICER
RICARDO "RICK" SEMENTILLI,
BADGE #29096, of the Tampa Police
Department, in his individual capacity,

          Defendants.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS, CITY OF TAMPA and OFFICER RICARDO "RICK" SEMENTILLI

**COME NOW**, Plaintiff, GIOVANI M. BRITO-GUTIERREZ, and Defendants, CITY OF TAMPA, a State of Florida Municipal Corporation, and OFFICER RICARDO "RICK" SEMENTILLI, BADGE #29096, of the Tampa Police Department, in his individual capacity, by and through the undersigned Counsel, who hereby stipulate and agree that this matter, having been amicably settled against Defendants, should be **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

Dated: 8/9/07

_____
Michael P. Maddux, Esquire
Michael P. Maddux, P.A.
Florida Bar Number: 964212
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
Facsimile: (813) 253-2553
Attorney for Plaintiffs

Dated: 9/4/07

_____
Ursula D. Richardson, Esquire
City of Tampa
Florida Bar Number: 0064467
315 East Kennedy Boulevard, 5th Floor
Tampa, Florida 33602
Phone: (813) 274-7205
Facsimile: (813) 274-8809
Attorney for Defendant, City of Tampa

Dated:_____

_____ 9-7-07
Donald A. Smith, Jr., Esquire
Smith, Tozian & Hinkle, P.A.
Florida Bar Number: 265101
109 North Brush Street, Suite 200
Tampa, Florida 33602,
Phone: (813) 273-0063
Facsimile: (813) 221-8832
Attorney for Defendant, Officer Sementilli